EILEEN D. DAVIS, ADMINISTRATRIX (ESTATE OF
WILLIAM A. DAVIS) *v.* WILLIAM F.
ECKHARDT, JR., ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted by the court.

*Richard A. Silver,* for the appellee (plaintiff).

*Joseph C. Berger,* for the appellant (named defendant).

Argued May 2—decided May 2, 1978

PETER R. KOSINSKI *v.* EUGENE LAWLOR ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is denied by the court.

*Brian M. Stone,* for the appellee (plaintiff).

*Barry C. Pinkus,* assistant town attorney, for the appellants (defendants).

Argued May 2—decided May 2, 1978

OLIVER MARCANTONIO *v.* BORGHESI BUILDING AND
ENGINEERING COMPANY, INC.

The defendant's motion to dismiss the appeal from the Superior Court in Litchfield County is denied by the court.

*Paul A. Scholder,* for the appellee (defendant).

*Michael A. Merati,* for the appellant (plaintiff).

Argued May 2—decided May 2, 1978